MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 0 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>HP PAVILION LAPTOP COMPUTER WITH SERIAL NUMBER 5CH1291GC2, CURRENTLY LOCATED AT the Fairfield Police Department's Evidence Department, 1000 Webster St., Fairfield, CA 94533 | CASE NO. 2:15-SW-152 EFB<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |
|---|---|

The government's motion to unseal this case and the associated filings is GRANTED.

DATED: 3-2-2018

Hon. Edmund F. Brennan
United States Magistrate Judge

1